UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

**Michael Lomonaco,**

   Plaintiff,

 -vs-          **ORDER OF DISCONTINUANCE**

**Exactech, Inc.,**        CV- 05-2574(FB)

   Defendant.
-------------------------------------------------X

  It having been reported to the Court that the above action has been settled, it is

  ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

            SO ORDERED.


            _____
            UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
    September 14, 2005